

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-13-00633-CR

Style:       Rudy Matamoros, Jr.

         v. The State of Texas

Date motion filed[*]:   February 25, 2014

Type of motion:    Motion for extension of time to file reporter's record

Party filing motion:   Court reporter

Document to be filed:  Reporter's record

Is appeal accelerated?   No

If motion to extend time:

   Original due date:     October 23, 2013

   Number of previous extensions granted:  2     Current Due date:  February 14, 2014

   Date Requested:     March 25, 2014

Ordered that motion is:

   ☑   Granted in part, denied in part

       If document is to be filed, document due:  March 17, 2014

       ☑ The Court will not grant additional motions to extend time

   ☐   Denied

   ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐   Other: _____

   **The record was originally due on October 23, 2013.  The court reporter's motion for extension is granted part and denied in part.  The reporter's record is ordered filed no later than March 17, 2014, and no further extensions will be granted.  *See* TEX. R. APP. P. 35.3(c) (requiring court to ensure record is timely filed).  If the record is not filed on or before March 17, 2014, this Court may require the court reporter to appear and show cause why the record has not been filed.**

Judge's signature: /s/ Evelyn V. Keyes_____
        ☑ Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date: March 6, 2014_____

November 7, 2008 Revision